## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In Re:   BENNIE A MCQUEEN | § § § § § § | Case No.: 11-51893 |
| Debtor(s) |  |  |

---------------------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 12/29/2011.

2)   This case was confirmed on  N/A.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)   The case was dismissed on 04/09/2012.

6)   Number of months from filing to the last payment:  0

7)   Number of months case was pending:  7

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $    21,290.00

10)   Amount of unsecured claims discharged without payment $        .00

11)   All checks distributed by the trustee to this case have cleared the bank.

UST Form 101-13-FR-S(9/01/2009)

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ .00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ .00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee  Expenses and Compensation | $ .00 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ .00 |
| Attorney fees paid and disclosed by debtor | $ 1,900.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANTAGE ASSETS INC | UNSECURED | NA | 3,494.29 | 3,494.29 | .00 | .00 |
| ADVANTAGE ASSETS INC | UNSECURED | 4,276.00 | 4,276.09 | 4,276.09 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 5,193.00 | 5,893.24 | 5,893.24 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 478.00 | 483.79 | 483.79 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | NA | 736.32 | 736.32 | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | 6,931.00 | 8,897.40 | 8,897.40 | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | 298,500.00 | .00 | .00 | .00 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | 230,139.00 | NA | NA | .00 | .00 |
| REAL TIME RESOLUTION | SECURED | 101,639.00 | 83,520.28 | 105,171.16 | .00 | .00 |
| CITIBANK USA | SECURED | 11,977.35 | .00 | .00 | .00 | .00 |
| CITIBANK USA | UNSECURED | 11,977.35 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | SECURED | 2,430.54 | .00 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 2,430.54 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIA | SECURED | 6,535.00 | 9,371.94 | 6,535.00 | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | 3,236.00 | .00 | 2,836.94 | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | NA | .00 | .00 | .00 | .00 |
| CHASE | SECURED | 4,976.00 | .00 | .00 | .00 | .00 |
| CHASE | UNSECURED | 4,676.00 | NA | NA | .00 | .00 |
| APPLIED BANK | UNSECURED | 1,719.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 9,333.00 | NA | NA | .00 | .00 |
| OAK HARBOR CAPITAL | UNSECURED | 919.00 | 919.22 | 919.22 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 1,267.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAVALRY PORTFOLIO SV | UNSECURED | 2,796.00 | 2,841.08 | 2,841.08 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 4,697.00 | 4,438.02 | 4,438.02 | .00 | .00 |
| OAK HARBOR CAPITAL | UNSECURED | 398.00 | 398.52 | 398.52 | .00 | .00 |
| OAK HARBOR CAPITAL | UNSECURED | 326.00 | 326.84 | 326.84 | .00 | .00 |
| CHASE | UNSECURED | 6,312.00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 3,709.00 | NA | NA | .00 | .00 |
| CITIGO OIL/CITIBANK | UNSECURED | 427.00 | NA | NA | .00 | .00 |
| CITI FLEX | UNSECURED | 11,977.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 460.00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 8,249.00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 824.00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 3,610.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 353.00 | 352.67 | 352.67 | .00 | .00 |
| AMERICREDIT | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| EQUABLE ASCENT FINAN | UNSECURED | 2,327.00 | 2,382.87 | 2,382.87 | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 5,824.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,447.00 | 1,447.08 | 1,447.08 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,266.00 | 1,266.48 | 1,266.48 | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 231.00 | NA | NA | .00 | .00 |
| REAL TIME RESOLUTION | UNSECURED | 1,639.00 | NA | NA | .00 | .00 |
| PORTFOLIO INVESTMENT | UNSECURED | 662.00 | 662.52 | 662.52 | .00 | .00 |
| SEDELL JOHNSON | UNSECURED | .00 | NA | NA | .00 | .00 |
| SHELL OIL CITIBANK | UNSECURED | 1,299.00 | NA | NA | .00 | .00 |
| THD/CBSD | UNSECURED | 3,210.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 2,635.00 | NA | NA | .00 | .00 |
| EQUABLE ASCENT FINAN | UNSECURED | 2,182.00 | 2,365.37 | 2,365.37 | .00 | .00 |
| ZENITH ACQUISITION | UNSECURED | 5,298.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS TRA | UNSECURED | NA | 1,072.24 | 1,072.24 | .00 | .00 |
| REAL TIME RESOLUTION | SECURED | NA | 21,650.88 | .00 | .00 | .00 |
| REAL TIME RESOLUTION | UNSECURED | NA | .00 | 21,650.88 | .00 | .00 |
| REAL TIME RESOLUTION | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 105,171.16 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 6,535.00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 111,706.16 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 66,741.86 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

     12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    08/01/2012              /s/ Tom  Vaughn

                                     Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**